UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MISCELLANEOUS BUSINESS DOCKET # 04-MBD-10206

CHARLES G. WILLIAMS III

v.

THE INDIVIDUAL JUSTICES OF THE SUPREME JUDICIAL COURT
OF THE STATE OF MAINE

MEMORANDUM AND ORDER

July 26, 2004

ZOBEL, D.J.

Plaintiff has filed an action in the U. S. District Court for the District of Maine against the Justices of the Supreme Judicial Court of Maine, the Maine Attorney General, the Office of the Attorney General, and the Maine Board of Overseers of the Bar. In aid of that lawsuit, he has subpoenaed four individuals who are residents of Maine, and who do not appear to be parties in the lawsuit, to produce documents in Norwood, Massachusetts (collectively "respondents"). Three of the four apparently served timely objections, but plaintiff nonetheless has filed motions to compel disclosures and for sanctions in this Court. Respondents assert, among other things, that the underlying complaint has been dismissed by Judge Gene Carter of the District Court of Maine. Although the assertion is not accompanied by any affidavit or certification as to the status of the Maine action, plaintiff does not deny the dismissal. Rather, he claims it is not final as there is, or will be, an appeal. Regardless of the appellate process, the dismissal obviates the need for discovery, at least until the case is reinstated.

Moreover, this Court's jurisdiction to enforce these subpoenas is very much in doubt. They seek documents to be produced not in the district where the action is pending, but in the state where plaintiff resides. Furthermore, production is expected by nonparties who appear to reside more than 100 miles from this Court. Although Magistrate Judge William Brownell did not respond to the motion to compel, he appears to be in the identical position as the other respondents. The ruling will therefore apply to him as well.

The motions to compel and for sanctions are denied.

July 26, 2004
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE